IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ME2 Productions, Inc., | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. ___4:17-cv-404___ |
| Does 1–15, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in EB69, | § | Jury |
| *Defendants.* | § | |

## PLAINTIFF ME2 PRODUCTIONS, INC.'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Per the Court's February 10, 2017 Order, [Dkt. 3], Plaintiff ME2 Productions, Inc., certifies that the following list is all known persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other legal entities that are financially interested in the outcome of this litigation:

- ME2 Productions, Inc.
- A&T IP, Inc.
- Fischman Law, PLLC

None of the above is publicly traded.

If additional parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified during the

1

pendency of this litigation, then counsel shall promptly file an amended certificate of disclosure.

Dated:   February 10, 2017

Respectfully submitted,
s/ Gary J. Fischman
Gary J. Fischman – Attorney in Charge

Tex. State Bar No. 787469
S.D. Tex. Bar No. 17126

FISCHMAN LAW PLLC
710 N. Post Oak Rd. Suite 105
Houston, TX 77024–3808
Tel: 713.900.4924
fischman@fischmaniplaw.com

Attorney for Plaintiff,
ME2 Productions, Inc.

CERTIFICATE OF SERVICE

As the true identities of the defendants are unknown at this time, service is not possible.

Dated:     February 10, 2017     s/Gary J. Fischman/
Gary J. Fischman