IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ME2 Productions, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> Does 1–12, anonymous BitTorrent users participating in file-sharing swarm identified by hash ending in EB69, <br><br> *Defendants*. | Case No.     4:17-cv-404 <br><br> Jury |

## NOTICE OF DISIMISSAL OF DEFENDANT DOE 4

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiff files this notice of dismissal of Doe 4, who is identified with internet protocol address 76.219.149.176.

1. Plaintiff is ME2 Productions, Inc.  On February 9, 2017, Plaintiff filed suit against several Doe defendants.

2. Doe 4, who is subject to this notice of dismissal, is referred to in the complaint and any amended complaints ("the Complaint") as "Doe 4."

3. Plaintiff moves to dismiss the suit against Doe 4.

4. Doe 4 has not been served with the Complaint in this action.  Doe 4 has neither answered nor moved for summary judgment.

5. This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1 or an action related to an unincorporated association under

NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)

Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal or the case. Nevertheless, Plaintiff is contemporaneously submitting a proposed order for dismissal.

8. The IP Subscriber for the above IP address has agreed to take steps to prevent use of the IP Subscriber's internet account for any alleged infringing activity by putting a password on the WiFi and discussing appropriate internet usage with any users of the of the IP Subscriber's WiFi.

9. The IP Subscriber for the above IP address has confirmed that no unauthorized copies or parts thereof of Plaintiff's Motion Picture are in the IP Subscriber's possession or subject to the IP Subscriber's control.

10. The IP Subscriber for the above IP address has agreed to pay Plaintiff a monetary sum.

11. The IP Subscriber has agreed that each Party shall be responsible for their own fees and costs.

12. Plaintiff and Doe 4 shall be responsible for their own fees and costs.

13. The dismissal of Doe 4 is WITH PREJUDICE.

Dated:   May 13, 2017

Respectfully submitted,
s/ Gary J. Fischman
Gary J. Fischman – Attorney in Charge

Tex. State Bar No. 787469
S.D. Tex. Bar No. 17126

FISCHMAN LAW PLLC
710 N. Post Oak Rd. Suite 105
Houston, TX 77024–3808
Tel: 713.900.4924
fischman@fischmaniplaw.com

Attorney for Plaintiff,
ME2 Productions, Inc.

## CERTIFICATE OF SERVICE

As the true identities of the defendants are unknown, service is not possible.

Dated:   May 13, 2017

s/Gary J. Fischman/

Gary J. Fischman

NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)                                           3